```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :    INDICTMENT

       - v. -                  :    08 Cr.

RICKY ROSADO,                  :

              Defendant.       :

- - - - - - - - - - - - - - - - x
```

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____**

**08 CRIM 080**

COUNT ONE

(Bank Fraud)

The Grand Jury charges:

1.   From in or about March 2005, up to and including in or about May 2005, in the Southern District of New York and elsewhere, RICKY ROSADO, the defendant, unlawfully, willfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, ROSADO withdrew the proceeds of stolen United States Treasury checks, which were fraudulently endorsed and deposited into ROSADO's checking account with Bank of America.

(Title 18, United States Codes, Sections 1344 and 2.)

<u>COUNT TWO</u>

(Theft of Government Property)

The Grand Jury further charges:

2.   From in or about March 2005, up to and including in or about May 2005, in the Southern District of New York and elsewhere, RICKY ROSADO, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his own use and the use of another, and without authority, did sell, convey, and dispose of a thing of value exceeding $1,000 of the United States and a department and agency thereof, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, ROSADO fraudulently permitted checks issued by the United States Treasury, to which he was not entitled, to be deposited into his bank account, and withdrew the proceeds of those checks.

(Title 18, United States Code, Sections 641 and 2.)

_____
Foreperson

*Michael J. Garcia*
MICHAEL J. GARCIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

RICKY ROSADO,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 1344, 641, 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____  020108
Foreperson.