**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 7 2008
```

**BY FACSIMILE**

March 7, 2008

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Ricky Rosado</u>,
      08 Cr. 080 (PAC)

Dear Judge Crotty:

Application GRANTED. The conference is adjourned to Monday 4/14/08 at 3:00 PM in Courtroom 20-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 3/10/08 until 4/14/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. So Ordered.

SO ORDERED:

*/s/ Paul A. Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

This matter is scheduled for a status conference before this Court on March 10, 2008. The parties have begun having discussions about possible dispositions and require additional time to complete that process. As a result of my obligations on other matters which may result in trials, the process in the instant case may take a little longer. I would, therefore, request an adjournment of about one month at a date and time convenient to the Court.

I have communicated with AUSA John P. Cronan and the Government has no objection to this request. The parties would also request and consent to a speedy trial exclusion. Our thanks to the Court for your courtesies.

Very truly yours,

*Susan V. Tipograph*

Susan V. Tipograph

cc:   AUSA John P. Cronan
      (by facsimile)