**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: APR 1 0 2008         │
└─────────────────────────────────┘
```

**BY FACSIMILE**

April 10, 2008

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Ricky Rosado,**
      **08 Cr. 080 (PAC)**

Dear Judge Crotty:

This matter is scheduled for a status conference on Monday, April 14, 2008, at 3:00 P.M. I am herein requesting a 4 week adjournment to complete discussions with the Government about resolving this matter. Such discussions have been delayed as I have just completed an almost month long criminal trial in Bronx County Supreme Court.

The defense made one prior request for an extension which was granted. I spoke with AUSA John P. Cronan and the Government has no objection to this request. I do not believe that this requested adjournment affects any other scheduled dates.

We would request any of the following dates: May 9, 12 or 13, 2008.

The parties would request that any time until the new date be excluded for speedy trial purposes.

I thank you in advance for your attention to and courtesy in this matter.

Very truly yours,

*[signature]*

Susan V. Tipograph

cc:    AUSA John P. Cronan
       (by facsimile)

**Application GRANTED.** The conference is adjourned to
5 /12 / 08 at 3 :30 pm in Courtroom 20C. It is
further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from
4 /14 / 08 until 5 / 12 / 08 is excluded in the interest of
justice. I find that this exclusion outweighs the best interest of the
defendant and the public is a speedy trial.  So Ordered.
**SO ORDERED:**

*[signature]* 4/10/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED** (left margin)

**MEMO ENDORSED** (right margin)