**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2008

**BY FACSIMILE**

May 8, 2008

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED. The conference is adjourned to 6/23/08 at 2:30pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 5/12/08 until 6/23/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: 5-8-08

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:    United States v. Ricky Rosado,
       08 Cr. 080 (PAC)

Dear Judge Crotty:

**MEMO ENDORSED**

This matter is scheduled for a status conference before this Court on May 12, 2008, at 3:30 P.M. I am herein requesting an adjournment to complete discussions with the Government about resolving this matter. I have submitted a request for a misdemeanor disposition and the Government is reviewing the application.

The defense made two prior requests for an extension which were granted. I spoke with AUSA John P. Cronan and the Government has no objection to this request. I do not believe that this requested adjournment affects any other scheduled dates.

We would request the following date: June 23 would be agreeable to the parties and I understand that it is an acceptable date for the Court.

The parties would request that any time until the new date be excluded for speedy trial purposes.

I thank you in advance for your attention to and courtesy in this matter.

Very truly yours,

*[signature]*

Susan V. Tipograph

cc:    AUSA John P. Cronan
       (by facsimile)