```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 19 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

                                1:08 Cr. 00080 (PAC)

    - against -                             <u>ORDER</u>

Ricky Rosado,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        HONORABLE PAUL A. CROTTY, United States District Judge:

        The pre-trial conference previously scheduled for Monday, June 23, 2008, has been rescheduled to <u>Monday, June 30, 2008 at 2:15 P.M</u> in Courtroom 20-C. Upon the consent of all parties, pursuant to 18 U.S.C. 3161 (h)(8)(A), the time from June 23, 2008 through June 30, 2008 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial.

SO ORDERED

*/s/ Paul A. Crotty*

PAUL A. CROTTY
United States District Judge

Dated:    New York, New York
            June 19, 2008