UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : MISDEMEANOR INFORMATION |
| v. | : S1 08 Cr. 080 (PAC) |
| RICKY ROSADO, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From in or about March 2005, up to and including in or about May 2005, in the Southern District of New York and elsewhere, RICKY ROSADO, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the United States Department of the Treasury, the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, ROSADO fraudulently permitted checks issued by the United States Treasury, to which he was not entitled, to be deposited into his bank account, and withdrew the proceeds of those checks from his bank account.

(Title 18, United States Code, Sections 641 and 2.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: JUN 16 2008